IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 1:06-cv-00160-MP-AK

ANN M MARTIN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, First Motion to Dismiss this action against Ann Martin, filed by the United States of America. The motion is granted, and this case is dismissed without prejudice.

**DONE AND ORDERED** this  *22nd*  day of May, 2009

                                        *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge